**STATE of Missouri, Respondent,**

v.

**Stanley ROBINSON, Appellant.**

**No. ED 88170.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Oct. 30, 2007.

Timothy Forneris, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jamie Wilson Corman, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before LAWRENCE E. MOONEY, P.J., BOOKER T. SHAW and NANNETTE A. BAKER, JJ.

ORDER

PER CURIAM.

Stanley Robinson appeals from the judgment entered upon his convictions by a jury of first-degree robbery, Section 569.020 RSMo 2000,[1] armed criminal action, Section 571.015, and resisting arrest, Section 575.150. No jurisprudential purpose would be served by a written opinion. We have furnished the parties with a memorandum, for their information only, setting forth the reasons for our decision. We affirm. Rule 30.25(b).

1. All statutory references are to RSMo 2000.